**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**MARIN ALLIANCE FOR MEDICAL MARIJUANA; Lynette Shaw, Defendants–Appellants.**

**United States of America, Plaintiff–Appellee,**

**v.**

**Oakland Cannabis Buyers' Cooperative; Jeffrey Jones, Defendants– Appellants.**

**United States of America, Plaintiff–Appellee,**

**v.**

**Ukiah Cannabis Buyers' Club; Cherrie Lovett; Marvin Lehrman; Mildred Lehrman, Defendants–Appellants.**

**Nos. 02–16335, 02–16534, 02–16715.**

United States Court of Appeals, Ninth Circuit.

Argued Sept. 17, 2003.

Submitted April 30, 2004.

Filed June 18, 2004.

Randy Barnett, Boston, MA, Annette P. Carnegie, Morrison & Foerster, LLP, San Francisco, CA, Susan B. Jordan, Ukaih, CA, and David Nelson, Nelson & Riemenschneider, Ukiah, CA, for the appellants.

Mark T. Quinlivan, United States Department of Justice, Washington, D.C., Greg Anton, Lagunitas, CA, for the appellee.

David A. Handzo, Jenner & Block, LLC, Washington, D.C. and Taylor S. Carey, Office of the Attorney General of the State of California, Sacramento, CA, for the amicus curiae.

Before SCHROEDER, Chief Judge, REINHARDT, and SILVERMAN, Circuit Judges.

**ORDER**

This matter was argued September 17, 2003. This court subsequently issued its decision in *Raich v. Ashcroft,* 352 F.3d 1222 (9th Cir.2003), *cert. granted,* —— U.S. ——, 124 S.Ct. 2909, —— L.Ed.2d ——, 2004 WL 875062 (2004), on December 16, 2003. We vacated submission and ordered

supplemental briefing. This case was re-submitted as of April 30, 2004.

The issues in *Raich* may control the outcome in this case. Accordingly, this case is remanded for the district court to reconsider after the Supreme Court has completed its action in *Raich*.

IT IS SO ORDERED.